RECEIVED
USDC CLERK, COLUMBIA, SC

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

2021 JUN -7 PM 12: 56

André Junior Covington
_____
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

Brandon Whitaker, James Dixion, Keith Thomas, Daniel Scott
_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Complaint for Violation of Civil Rights**
(Prisoner Complaint)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial:     ☑ Yes     ☐ No
               *(check one)*

## NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

When submitted for filing, your complaint should be accompanied by the full filing fee or an application to proceed in *forma pauperis*.

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

Name: André Junior Covington

All other names by which you have been known:

#46995

ID Number: Marlboro County Detention Center

Current Institution: 253 Throop Street

Address: Bennettsville, S.C. 29512

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. Make sure that the defendant(s) listed below are identical to those contained in the above caption. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

Defendant No. 1

Name: Brandon Whitaker

Job or Title (if known): Chesterfield County Animal Control

Shield Number:

Employer: Chesterfield County Animal Control

Address: Chesterfield, S.C. 29709

☑ Individual capacity       ☐ Official capacity

Defendant No. 2

Name: James Dixion

Job or Title
(if known)                    <u>Sheriff of Chesterfield County</u>

Shield Number

Employer                      <u>Chesterfield County Sheriff's Department</u>

Address                       <u>203 Watson Street</u>

                              <u>Chesterfield, S.C. 29709</u>

☑ Individual capacity              ☐ Official capacity

Defendant No. 3

Name                          <u>Keith Thomas</u>

Job or Title                  <u>Chief of Police</u>
(if known)

Shield Number

Employer                      <u>Cheraw Police Department</u>

Address                       <u>258 Second Street</u>

                              <u>Cheraw, S.C. 29520</u>

☑ Individual capacity              ☐ Official capacity

Defendant No. 4

Name                          <u>Daniel Scott</u>

Job or Title                  <u>Deputy Corporal</u>
(if known)

Shield Number

Employer                      <u>Chesterfield County Sheriff's Department</u>

Address                       <u>203 Watson Street</u>

                              <u>Chesterfield, S.C. 29709</u>

☑ Individual capacity              ☐ Official capacity

## II.    Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights,
privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six
Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue
federal officials for the violation of certain constitutional rights.

3

A.     Are you bringing suit against *(check all that apply)*:

☐     Federal officials (a *Bivens* claim)

☑     State or local officials (a § 1983 claim)

B.     Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Amendment 4, 5, 6, and 14 (section 1) of the United States Constitution

C.     Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

N/A

D.     Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

On June 8, 2019, during the execution of a Search Warrant at my residence by Chesterfield County Sheriff's Department and SLED, Brandon Whitaker shot and killed a ten month old puppy and "See Attachments"

## III.    Prisoner Status

Indicate whether you are a prisoner or other confined person as follows *(check all that apply)*:

☑     Pretrial detainee

☐     Civilly committed detainee

☐     Immigration detainee

## II. Basis for Jurisdiction                    Page 1 of 3

D.  then, seized 14 canines. My canines were not included in the list of items on the Affidavit, nor were they described in the Search Warrant as things to be seized.

Brandon Whitaker shot and killed the ten month old puppy because it was "chewing on a bone and would not stop". Which was an imitation bone that was purchased at Wal-mart from the Dog and Puppy Department.

Brandon Whitaker informed me, during a visit at Marlboro County Detention Center on, or around June 14, 2019 that the Sheriff of the County called Chesterfield County Animal Control to my residence to remove my canines, in order to execute a Search Warrant. He stated that the Cheraw area was his designated area.

James Dixion colluded with Brandon Whitaker to seize my canines, knowing they were not described in the Search Warrant as things to be seized.

Keith Thomas stated to me on June 7, 2019, after being arrested, that he would have the Magistrate judge to deny my bond. Then, he deprived me of the right to a telephone call to contact an attorney, or to address any issues or concerns after being arrested. He knew that I had several canines at my residence from being there earlier that day and he still denied me a telephone

## II. Basis for Jurisdiction        Page 2 of 3

call when I asked to use the phone to call a family member to address the issue and my concerns with my canines.

After I was arrested at Cheraw Police Dept., I was transferred to Chesterfield County Jail. I requested to make a telephone call after I was processed in and I was informed by the staff at that facility that my telephone calls were being held per Chief Keith Thomas.

On June 8, 2019, I was transferred back to Cheraw Police Dept. to go before a magistrate judge. After the hearing, I asked Chief Keith Thomas again to use the telephone, so I could inform my family of my predicament and to have them get my canines. I let Chief Keith Thomas know that one of my dams were due to deliver puppies. He denied me the telephone call, then stated to me that he would have Animal Control to take care of my canines.

Daniel Scott executed the Search Warrant on June 8, 2019. He failed to list my 15 canines, including the one that was shot and killed at my residence, in the inventory of the property seized pursuant to the warrant.

I was transferred to Marlboro County Detention Center, by an officer from Cheraw Police Dept., on June 11, 2019. Upon my arrival and being processed in, I requested to make a tele-

## II. Basis for Jurisdiction                    Page 3 of 3

phone call. I let 1st Sgt. Mrs. Bostic know that I was arrested on June 7, 2019 and I have not been allowed to make the one telephone call that I was entitled to make after being detained and arrested. The 1st Sgt. called Cheraw Police Dept. in my presence and spoke with Chief Keith Thomas. She informed me after the telephone call that my telephone and visitation privileges were being held, until further notice per Chief Keith Thomas.

Keith Thomas deprived me of the Magistrate Summons, that was issued on June 24, 2019 by Chesterfield Magistrate, for a Petition Hearing in the case of Chesterfield County Animal Control Vs André Junior Covington. At the time, I was being held at Marlboro County Detention Center by Chief Keith Thomas and I could not be transported without him or his authorization to this hearing or any other hearing.

☐     Convicted and sentenced state prisoner

☐     Convicted and sentenced federal prisoner

☐     Other *(explain)* _____

**IV.     Statement of Claim**

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.     If the events giving rise to your claim arose outside an institution, describe where and when they arose.

At my residence, 4 Chapman Street Cheraw, S.C. 29520 on June 8, 2019.

B.     If the events giving rise to your claim arose in an institution, describe where and when they arose.

While detained in jail at Cheraw Police Department on June 8, 2019.

C.     What date and approximate time did the events giving rise to your claim(s) occur?

On June 8, 2019, at 8:43 p.m., during the execution of a Search Warrant.

D.     What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

(1) On June 8, 2019 Brandon Whitaker shot and killed a 10 months old puppy at my residence and then, he seized 14 canines, during the execution of a Search Warrant by Chesterfield County Sher-

5

iff's Dept. and SLED, with assistance from Cheraw Investigators.
My canines were not included in the list of items on the Affi-
davit, nor were they described in the Search Warrant as
things to be seized. "See Attachment"

## V. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state
what medical treatment, if any, you required and did or did not receive.

N/A

## VI. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any
cases or statutes. If requesting money damages, include the amounts of any actual damages
and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

Several of my Constitution Rights were deprived and, or violated.
One of my canines were killed and 14 were seized unlawfully.
These canines I raised from puppies. Which I fed, provided shelter,
and took them to veterinarians for vaccinations when they were
old enough. I own these canines in a course of two and a half
"See Attachment"

## VII. Exhaustion of Administrative Remedies Administrative Procedures

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action
shall be brought with respect to prison conditions under section 1983 of this title, or any other
Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such
administrative remedies as are available are exhausted."

Administrative remedies are also known as grievance procedures.    Your case may be
dismissed if you have not exhausted your administrative remedies.

# IV. Statement of Claim                    Page 1 of 4

D.    Brandon Whitaker informed me, during a visit at Marlboro County Detention Center on, or around June 14, 2019 that the Sheriff of the County called Chesterfield County Animal Control to my residence to remove my canines, in order to execute a Search Warrant. He also informed me that my canines were accummulating a fee of $15 a day, per dog, for food, shelter, and shots, and that I owed somewhere around $1,300 at the time. He stated to me that I would not be able to get my canines, until the fee was paid. Officer Sadeek Ellison, at M.C.D.C., escorted me to this visit and stood in the room during the visit.

On or around June 18, 2019 another officer from Chesterfield County Animal Control came to visit me at M.C.D.C. to inform me of the current bill that my canines had accummulated and to persuade me to sign my canines over to Chesterfield County Animal Control, so my canines could be spayed and neutered, in order for them to be adopted by the public for a $100 fee. Officer Sadeek Ellison, at M.C.D.C., escorted me to this visit and stood in the room during the visit.

On or around June 24, 2019 Brandon Whitaker visited me again at M.C.D.C. to get me to sign my canines over to Animal Control. When I refused, he served me a Magistrate Summons that was scheduled for 10 a.m., on June 28, 2019, at Chesterfield Magistrate Court and a Petition for Animal Seizure, seeking

## IV. Statement of Claim                     Page 2 of 4

to permanently seize approximately 14 canines taken from my property. Officer Felicia Bunton, at M.C.D.C., escorted me to this visit and stood in the room during the visit.

James Dixion and Brandon Whitaker were in collusion on June 8, 2019, to seize my canines, knowing that the canines were not described in the Search Warrant to be seized.

Daniel Scott executed the Search Warrant on June 8, 2019. He failed to list my 15 canines, including the one that was shot and killed at my residence, in the inventory of the property seized pursuant to the warrant.

During the execution of the Search Warrant on June 8, 2019, SLED and Cheraw Investigators witnessed what happened. Tonya Brown, with Channel 13 News, was live, during the execution of the Search Warrant. Neighors and bystanders were live on Facebook/social media, during the execution of the Search Warrant.

The inventory of the items or things seized, during the execution of the Search Warrant was made in the presence of Ashley S. on June 8, 2019.

(2) Keith Thomas deprived me of the right to a telephone call to

## IV. Statement of Claim                              Page 3 of 4

contact an attorney, or to address any issues or concerns after being arrested, on June 7, 2019, at Cheraw Police Department. I was deprived of making any telephone calls when I was transferred to Chesterfield County Jail, on June 7, 2019, per Keith Thomas. I was also deprived of making any telephone calls when I was transferred back to Cheraw Police Dept. to go before a magistrate judge on June 8, 2019 and when I was transferred to Marlboro County Detention Center, on June 11, 2019, until further notice per Keith Thomas.

The 1st Sgt. Mrs. Bostic and Warden Kevin Thomas, at M.C.D.C., witnessed my telephone and visitation privileges were held, per the order of Keith Thomas, when I was transferred to this facility on June 11, 2019.

(3) Keith Thomas deprived me of a Magistrate Summons, that was issued on June 24, 2019 by Chesterfield Magistrate, for a Petition Hearing in the case of Chesterfield County Animal Control Vs André Junior Covington. At the time, I was being housed at Marlboro County Detention Center, per the request of Keith Thomas, and I was not to be transferred or transported from this facility without his approval or authorization. The deprivation of the rights to the Petition Hearing, by not being transported to the hearing on the said date and time, resulted in forfeited any and all rights to the hearing and

## IV. Statement of Claim                    Page 4 of 4

it was held in my absence.

The 1st Sgt. Mrs. Bostic and Warden Kevin Thomas, at M.C.D.C., witnessed Keith Thomas not sending an officer from Cheraw Police Dept. to transport me to this manda-tory Petition Hearing.

## VI. Relief

Page 1 of 1

years to three years, and they were like family members to me. I am requesting $333,000 for relief to these claims.

A.  Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

    ☑    Yes

    ☐    No

If yes, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

Cheraw Police Department's Jail, but I was later transferred to Marlboro County Detention Center after these incidents occurred.

B.  Does the jail, prison, or other correctional facility where your claim(s) arose have a grievance procedure?

    ☐    Yes

    ☐    No

    ☑    Do not know

C.  Does the grievance procedure at the jail, prison, or other correctional facility where your claim(s) arose cover some or all of your claims?

    ☐    Yes

    ☐    No

    ☑    Do not know

If yes, which claim(s)?

N/A

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose concerning the facts relating to this complaint?

    ☐    Yes

    ☑    No

If no, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

☑ Yes

☐ No

E.    If you did file a grievance:

1.    Where did you file the grievance?

Marlboro County Detention Center

2.    What did you claim in your grievance?

Being deprived, or denied telephone and visitation privileges. Which Kept me from contacting a lawyer and my family members to address ANY existing issues that I had prior to being arrested and detained.

3.    What was the result, if any?

I was informed by the warden at this facility to write my family and have them to speak with the sheriff of Chesterfield about my phone and visitation privileges. The warden's response was he would continue to check on my privileges.

4.    What steps, if any, did you take to appeal that decision? Is the grievance process completed? If not, explain why not. *(Describe all efforts to appeal to the highest level of the grievance process.)*

I raised my complaint at my Preliminary Hearing on July 16, 2019 to Judge J.A. Graves and Detective Jack Henderson. The detective told the judge he was not aware that I was being denied these privileges and he would speak with his chief and his sheriff about my complaint. My privileges was restored on that day.

8

F.    If you did not file a grievance:

    1.    If there are any reasons why you did not file a grievance, state them here:

        N/A

    2.    If you did not file a grievance but you did inform officials of your claim, state who you informed, when and how, and their response, if any:

        See E, #4, on page 8.

G.    Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

        N/A

*(Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.)*

## VIII.  Previous Lawsuits

The "three strikes rule" bars a prisoner from bringing a civil action or an appeal in federal court without paying the filing fee if that prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

To the best of your knowledge, have you had a case dismissed based on this "three strikes rule"?

    ☐    Yes

    ☑    No

**Marlboro County Sheriff's Office Detention Facility** K.G.T
Inmate Request Form
7-7-19

Name: _André Covington_                    Date: _07/11/19_

Arresting
Agency: _Cheraw Police Department_

Unit & Room Number: _A-7_

**General Reason for Request:**

☐ Inmate Account                    ☐ Release Date
☐ Plea                              ☐ Warrant

**Specific information concerning the item checked:** _My "Due Process Rights"_
_are being violated by denying access or the ability to_
_prepare my case for a trial court for the charge that I_
_am being accused of. I am being housed and held at this_
_facility without telephone calls and visitation, which is denying_
_access or the ability to seek or obtain legal assistance from_
_a lawyer and my family. I have not violated any rules or_
_regulations at this facility to warrant, nor govern the_
_lost of these privileges, "Informal resolution"_

**Staff Response:** _You may want to write your_
_family a letter and ask them to speak_
_with the Sheriff of Chesterfield about your_
_phone & visit privileges._

_warden_

Referred to: _____

Date: _7/11/19_

Staff Signature: _Kevin Thomas_

Printed Name: _____

LW
7-11-19

## MARLBORO COUNTY SHERIFF'S OFFICE DETENTION FACILITY
### GRIEVANCE FORM

FROM: Andre Covington          POD/BED: A-7      DATE: 07/11/19

This form is for your use in filing a grievance. If you need additional space you may use the back of this form. When you have completed this form give it to a Correctional Officer who will deliver it to the appropriate MCSODF official. A grievance will not be made part of your official record and reprisals will not be taken against you for having filed it unless you file a grievance based on information or statements you know to be false.

GRIEVANCE My "Due Process Rights" are being violated by denying the access or the ability to prepare my case to the courts, in which I am being housed and held at this facility. I am being denied the access or the ability to seek and obtain legal assistance by denying the use of the telephone and visitation. I requested a preliminary hearing, which was to be held on 07/09/19 in the Town Hall in Cheraw. I also had trial in the Union County Superior Court on 07/08/19 for a different charge, which I am being represented by legal counsel for that charge in that state. Neither hearing was I present, nor was I able to address any issues or concerns pertaining to these hearings to my attorney in Union County or seek legal assistance for the charge that I am being held at this facility. Being denied the use of the telephone and visitation deprives the access or the ability to talk with an attorney or to seek legal assistance in my case(s). Thus, my "Due Process Rights" are being violated.

### MCSODF USE ONLY

Officer Received By:_____     Date Received by Officer_____

Date Received  7/12/19            Date Action Taken_____

Action
Taken  I Will Continue to check on your
privileges.

_____7/12/19_____        Warden, Kevin Stomer

If so, state which court dismissed your case, when this occurred, and attach a copy of the order if possible.

N/A

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

☐    Yes

☑    No

B.    If your answer to A is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.    Parties to the previous lawsuit

Plaintiff(s)    N/A
Defendant(s)    N/A

2.    Court *(if federal court, name the district; if state court, name the county and State)*

N/A

3.    Docket or index number

N/A

4.    Name of Judge assigned to your case

N/A

5.    Approximate date of filing lawsuit

N/A

6.    Is the case still pending?

☐    Yes

☐    No

If no, give the approximate date of disposition.    N/A

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

N/A

C.  Have you filed other lawsuits in state or federal court otherwise relating to the conditions of your imprisonment?

☐   Yes

☑   No

D.  If your answer to C is yes, describe each lawsuit by answering questions 1 through 7 below. *(If there is more than one lawsuit, describe the additional lawsuits on another page, using the same format.)*

1.  Parties to the previous lawsuit

Plaintiff(s)   N/A
Defendant(s)   N/A

2.  Court *(if federal court, name the district; if state court, name the county and State)*

N/A
N/A

3.  Docket or index number

N/A

4.  Name of Judge assigned to your case

N/A

5.  Approximate date of filing lawsuit

N/A

6.  Is the case still pending?

☐   Yes

☐   No

11

If no, give the approximate date of disposition. __N/A__

7.  What was the result of the case? *(For example: Was the case dismissed? Was judgment entered in your favor? Was the case appealed?)*

    __N/A__

## IX. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: __May 31__ , 20__21__.

Signature of Plaintiff     __Andre Junior Covington__
Printed Name of Plaintiff  __Andre Junior Covington__
Prison Identification #    __46995__
Prison Address __Marlboro County Detention Center 253 Throop Street__
__Bennettsville, S.C. 29512__

      City                       State             Zip Code

### B.  For Attorneys

Date of signing: _____, 20__.

Signature of Attorney     _____
Printed Name of Attorney  _____
Bar Number                _____
Name of Law Firm          _____

12

Address                    _____

Telephone Number           _____

E-mail Address             _____